```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| LANGRUI ZHU  : | CIVIL ACTION |
| v.  : |  |
|  : | NO. 02-3727 |
| LUCENT TECHNOLOGIES, ET AL. |  |

**PRETRIAL ORDER**

AND NOW, this 30th day of July, 2003, it is ORDERED:

1. All discovery in this case is to be completed by 11/1/02.

2. Pretrial motions or motions for summary judgment are to be filed within 15 days of the close of discovery.

3. This case will be placed in the trial pool(published in the Legal Intelligencer) on 12/1/02.

4. Changes in the foregoing schedule may be obtained only by written application to the Court, for cause shown.

5. Unless otherwise ordered, counsel need not submit a final pretrial order.  However, all exhibits must be marked and exchanged, and all witness lists exchanged, at least three working days in advance of trial.  No objection to authenticity of any exhibit will be entertained unless raised before trial.

6.  If requested by counsel, the Court will hold a pretrial or settlement conference at any time; but no such conference will ordinarily be scheduled in the absence of a request.


ATTEST:                              or    BY THE COURT



BY:_____           _____
     Deputy Clerk                    CLIFFORD SCOTT GREEN, Sr. J.