```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LANGRUI ZHU                         :        CIVIL ACTION
                                    :
        vs.                         :
                                    :        NO. 02-3727
LUCENT TECHNOLOGIES, ET AL.

# O R D E R

**AND NOW, TO WIT:** This 13th day of August, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                              **MICHAEL E. KUNZ,** Clerk of Court



                        BY:_____
                                  Michael Owens
                                  Deputy Clerk


Civ 2 (7/83)
41.1(b)